IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LI-COR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3147 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| LOS GATOS RESEARCH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the plaintiff's Notice of Voluntary Dismissal Without Prejudice (Filing 28) filed prior to service of an answer or motion for summary judgment indicating that the parties have settled this matter, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice.

DATED this 14th day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge